**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Robinhood Cash Sweep Program Litigation* | Case No. 3: 24-cv-07442-RFL |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: JOINT LETTER BRIEF**

*Filed concurrently with Administrative Motion and Declaration of Tyler S. Graden*

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed re: Joint Letter Brief ("Administrative Motion to Seal"),

IT IS HEREBY ORDERED that the relief sought in Plaintiffs' Administrative Motion to Seal is hereby GRANTED. Accordingly,

(1) The unredacted paragraph that is the subject of the Administrative Motion to Seal shall remain under seal;

(2) In addition to any other orders regarding sealing entered by the Court, the public shall only have access to redacted portions in the Joint Letter Brief Regarding the Robinhood UK Brokerage Cash Sweep Program subject to the Administrative Motion to Seal that contain the following redactions sought by Defendants:

| Documents Sought to be Filed Under Seal | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Letter Brief | Page 2 from after "CitiBank paying" to "bps," and from after "U.S. Bank paying" to "bps above Federal Reserve benchmarks." | Defendants |

DATED: April 22, 2026

_____
HONORABLE ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE