**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jonathan F. Neumann (appearance *pro hac vice*)
jneumann@ktmc.com
Matthew T. Macken (appearance *pro hac vice*)
mmacken@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, PC**
James E. Cecchi (*pro hac vice forthcoming*)
jcecchi@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiff and the proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Robinhood Cash Sweep Program Litigation* | Case No. 3:24-cv-07442-RFL |
| | **DECLARATION OF MELISSA L. YEATES IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** |
| | *Filed concurrently with Motion and [Proposed] Order* |
| | Judge: Hon. Rita F. Lin |

I, Melissa L. Yeates, hereby declare as follows:

1.      I am a partner with the law firm Kessler Topaz Meltzer & Check, LLP ("KTMC"), co-counsel for Plaintiff Basudeb Dey ("Plaintiff") in the above-captioned matter. I make this declaration based on my personal knowledge and would be competent to testify to the matters stated in this declaration.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the document Bates numbered RH–CS–0097383.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the expert report of Andrew Auslander, dated May 15, 2026.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the document Bates numbered RH–CS–0029626.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the document Bates numbered RH–CS–0003863.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the document Bates numbered RH–CS–0113171.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Robinhood news article titled "Earn 1% Interest on Uninvested Brokerage Cash at Robinhood", dated May 10, 2022 found at the follows web address: https://robinhood.com/us/en/newsroom/earn-1-interest-on-uninvested-brokerage-cash-at-robinhood/.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the document Bates numbered RH–CS–0004828.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the document Bates numbered RH-CS-0004413.

10.      Attached hereto as Exhibit 9 is a true and correct copy of the document Bates numbered RH–CS–0108371.

11.      Attached hereto as Exhibit 10 is a true and correct copy of the document Bates numbered RH–CS–0025966.

DECL. OF MELISSA L. YEATES
CASE NO.: 3:24-CV-07442-RFL

12. Attached hereto as Exhibit 11 is a true and correct copy of the document Bates numbered RH–CS–0067688.

13. Attached hereto as Exhibit 12 is a true and correct copy of the document Bates numbered RH–CS–0029125.

14. Attached hereto as Exhibit 13 is a true and correct copy of the document Bates numbered RH–CS–0030569.

15. Attached hereto as Exhibit 14 is a true and correct copy of the document Bates numbered RH–CS–0028315.

16. Attached hereto as Exhibit 15 is a true and correct copy of the document Bates numbered RH–CS–0062074.

17. Attached hereto as Exhibit 16 is a true and correct copy of the document Bates numbered RH–CS–0028240.

18. Attached hereto as Exhibit 17 is a true and correct copy of the document Bates numbered RH–CS–0096290.

19. Attached hereto as Exhibit 18 is a true and correct copy of the document Bates numbered RH–CS–0027286.

20. Attached hereto as Exhibit 19 is a true and correct copy of the document Bates numbered RH–CS–0346756.

21. Attached hereto as Exhibit 20 is a true and correct copy of the document Bates numbered RH–CS–0106584.

22. Attached hereto as Exhibit 21 is a true and correct copy of the document Bates numbered RH-CS-0106540.

23. Attached hereto as Exhibit 22 is a true and correct copy of the document Bates numbered RH–CS–0097503.

24. Attached hereto as Exhibit 23 is a true and correct copy of the document Bates numbered RH–CS–0132397.

25. Attached hereto as Exhibit 24 is a true and correct copy of the document Bates numbered RH-CS-0105966.

26.     Attached hereto as Exhibit 25 is a true and correct copy of the document Bates numbered RH–CS–0097173.

27.     Attached hereto as Exhibit 26 is a true and correct copy of the document Bates numbered RH–CS–0127835.

28.     Attached hereto as Exhibit 27 is a true and correct copy of the document Bates numbered RH–CS–0003917.

29.     Attached hereto as Exhibit 28 is a true and correct copy of the document Bates numbered RH–CS–0003986.

30.     Attached hereto as Exhibit 29 is a true and correct copy of the document Bates numbered Dey_0000134.

31.     Attached hereto as Exhibit 30 is a true and correct copy of the document Bates numbered RH–CS–0003736.

32.     Attached hereto as Exhibit 31 is a true and correct copy of the expert report of Jeffery Meyers, dated May 15, 2026.

33.     Attached hereto as Exhibit 32 is a true and correct copy of the firm resume for Kessler Topaz Meltzer and Check, LLP.

34.     Attached hereto as Exhibit 33 is a true and correct copy of the firm resume for Carella Byrne Cecchi Brody & Agnello, PC.


I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge. This declaration was executed on May 15, 2026, in Radnor, Pennsylvania.


/s/ Melissa L. Yeates
Melissa L. Yeates

DECL. OF MELISSA L. YEATES
CASE NO.: 3:24-CV-07442-RFL